UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD GAETANO, ET AL ) | CIVIL ACTION NO.  3:12 cv 00017 (AWT) |
|    Plaintiff ) | |
| ) | |
| v. ) | |
| LAW OFFICES HOWARD LEE ) | |
| SCHIFF, P.C. ) | |
|    Defendant ) | JANUARY 20, 2012 |

**ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES**

Defendants hereby generally deny all of the allegations in the plaintiff's complaint herein.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

At all times, defendant fully complied with the provisions of the Fair Debt Collection Practices Act, including the requirement to provide notice under 15 U.S.C. §1692e(11).  If plaintiffs, Frank and Janet Gaetano, listened to the message after being told that the message was directed to Richard Gaetano, then their conduct would have been the cause of any damages they suffered as a result of listening to the message.

**SECOND AFFIRMATIVE DEFENSE**

At all times, defendant fully complied with the provisions of the Fair Debt Collection Practices Act, including the requirement to provide notice under 15 U.S.C. §1692e(11).  If plaintiffs, Frank and Janet Gaetano, listened to the message after being told that the message was directed to Richard Gaetano, then they would have unclean hands and not be entitled to

recover for any damages they claim herein.

**THIRD AFFIRMATIVE DEFENSE**

At all times, defendant fully complied with the provisions of the Fair Debt Collection Practices Act, including the requirement to provide notice under 15 U.S.C. §1692e(11).  If plaintiffs, Frank and Janet Gaetano, listened to the message after being told that the message was directed to Richard Gaetano and Richard Gaetano failed to advise the defendant that these calls were directed to the wrong number, then his conduct would have been the cause of any damages claimed by the defendants as a result of listening to the message.

**FOURTH AFFIRMATIVE DEFENSE**

At all times, defendant fully complied with the provisions of the Fair Debt Collection Practices Act, including the requirement to provide notice under 15 U.S.C. §1692e(11).  If plaintiffs, Frank and Janet Gaetano, listened to the message after being told that the message was directed to Richard Gaetano and Richard Gaetano failed to advise the defendant that these calls were directed to the wrong number, then Richard Gaetano would have unclean hands and not be entitled to recover for any damages they claim herein.

**FIFTH AFFIRMATIVE DEFENSE**

Any alleged violation was the result of a bona fide error, and liability may not be imposed on the defendant pursuant to 15 U.S.C. §1692k(c) in that defendant maintains procedures and practices to ensure compliance with the Fair Debt Collection Practices Act; any violation of the Act was unintentional and occurred notwithstanding the maintenance of such procedures.

WHEREFORE, defendant prays:

1. That the plaintiff recover no damages, attorney's or costs; and

2. For such other and further relief as this Court may deem just and proper.

DEFENDANT LAW OFFICES HOWARD LEE SCHIFF P.C.

/s/*Jeanine M. Dumont*_____
Jeanine M. Dumont, Ct05021
Law Offices Howard Lee Schiff PC
Its Attorneys
510 Tolland Street
East Hartford, Connecticut 06108
Telephone (860) 528 9991
Fax (860) 528 7602

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid on JANUARY 20, 2012 to the following counsel of record:

**PLAINTIFF'S COUNSEL**
GEORGE HOLLER
31 CHERRY STREET, SUITE 109
MILFORD, CT. 06460

/S/*Jeanine M. Dumont*_____
Jeanine M. Dumont

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**