# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD GAETANO, ET AL<br>Plaintiff | ) CIVIL ACTION NO. 3:12 cv 00017 (AWT)<br>)<br>) |
| v.<br>LAW OFFICES HOWARD LEE<br>SCHIFF, P.C.<br>Defendant | )<br>)<br>)<br>) APRIL 23, 2013 |

## STIPULATION TO DISMISSAL

Plaintiffs, RICHARD GAETANO, JANET GAETANO and FRANK GAETANO, and defendant,

LAW OFFICES HOWARD LEE SCHIFF, P.C., hereby stipulate and agree the within action may be

dismissed with prejudice and without costs as to any party.

| | |
|---|---|
| PLAINTIFFS<br>RICHARD GAETANO<br>JANET GAETANO<br>FRANK GAETANO | DEFENDANT, LAW OFFICES<br>HOWARD LEE SCHIFF P.C. |
| By_____<br>George Holler<br>9 Research Drive<br>Suite 2<br>Milford, CT 06460<br>(203) 301 4333 | By /S/ Jeanine M. Dumont<br>Jeanine M. Dumont ct 05021<br>Its Attorney<br>510 Tolland Street<br>East Hartford, CT 06108<br>(860) 528 9991 |

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**